ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 APR 13 AM 8: 27

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ISAIAS ALARCON QUINTERO, ) | |
| Petitioner, ) | |
| v. ) | CV 305-075 |
| MICHAEL V. PUGH, Warden, ) | |
| Respondent. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Respondent.

SO ORDERED this 13th day of April, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE